UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION
CINCINNATI, OHIO

| | | |
|---|---|---|
| KELLY BRINSON II and DEREK BRINSON, | ) | Case No. 1:10CV424 |
| Individually and as Co-Administrators of the | ) | |
| ESTATE OF KELLY BERNARD BRINSON, | ) | |
| DECEASED, et al. | ) | Judge S. Arthur Spiegel |
| | ) | Magistrate Karen L. Litkovitz |
| Plaintiffs, | ) | |
| | ) | **DECLARATION OF** |
| vs. | ) | **ALPHONSE A. GERHARDSTEIN** |
| | ) | |
| UNIVERSITY HOSPITAL, INC., et al | ) | |

_____

I, Alphonse A. Gerhardstein, pursuant to 28 U.S.C. §1746, declare under penalty of

perjury that the following is true and correct:

1.    I am one of the attorneys for Plaintiffs in the above captioned action.

2.    Plaintiffs received the two documents referenced in this memorandum – the Aggressive
      Patients and Use of Security Policy and the For Cause Survey by University Hospital –
      from the Defendants in this action.

3.    Plaintiffs have also referenced in this memorandum the taser warning label that was in
      effect in January of 2010 for the type of taser used on Mr. Brinson.

4.    Plaintiffs have not edited, altered or otherwise modified these documents as received
      from Defendants.

Alphonse A. Gerhardstein

Dated:    4/21/11