UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| KELLY BRINSON, II, et al., | CASE NO. 1: 10-cv-00424 |
| Plaintiffs, | Senior Judge S. Arthur Spiegel |
| | Magistrate Litkovitz |
| vs. | |
| UNIVERSITY HOSPITAL, INC., et al., | **ORDER GRANTING PARTIAL DISMISSAL OF DEFENDANTS** |
| Defendants. | |

Upon good cause shown, and at the request of Counsel for all parties, it is hereby ordered that Jennifer Moore, M.D., John Vraciu, D.O., Lee Ann Liska, Eugene Ferrara, Mark Zacharias, Eric Weibel, Jason Reeme, Kelli McDaniel, Adrianne Sprague, Travis Proctor, and Phillip Kidd are hereby dismissed in both their individual and official capacities, with prejudice, from the above entitled action, leaving University Hospital and UC Physicians, Inc. as the only two Defendants, herein.

SO ORDERED.

Date: 8/2/12

S. Arthur Spiegel
United States Senior District Judge