UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| KELLY BRINSON, II, et al., | CASE NO. 1: 10-cv-00424 |
| Plaintiffs, | Senior Judge S. Arthur Spiegel |
| | Magistrate Litkovitz |
| vs. | |
| UNIVERSITY HOSPITAL, INC., et al., | **AGREED ENTRY GRANTING DISMISSAL OF DEFENDANTS** |
| Defendants. | |

Upon good cause shown, and at the request of Counsel for all parties, it is hereby ordered that UC Physicians, Inc. and University Hospital are hereby dismissed from the above entitled action with prejudice, and these being the final remaining defendants, this action is hereby completely dismissed and closed.

SO ORDERED

Date: August 22, 2012

S. Arthur Spiegel
United States Senior District Judge

HAVE SEEN AND AGREED:

/s/Donald C. Moore, Jr.
Donald C. Moore Jr. (0003945)
The Moore Law Firm
1060 Nimitzview Drive, Suite 200
Cincinnati, Ohio 45230
dmoore@moorelaw.com
*Attorney for Plaintiffs*


/s/ Alphonse A. Gerhardstein
Alphonse A. Gerhardstein (0032053)
Gerhardstein & Branch Co. LPA
432 Walnut Street, Suite 400
Cincinnati, Ohio 45202
agerhardstein@gbfirm.com
*Attorney for Plaintiffs*


/s/ Mark A. MacDonald
Mark MacDonald (0009473)
Freund, Freeze & Arnold
105 East Fourth Street, Suite 1400
Cincinnati, Ohio 45202
mmacdonald@ffalaw.com
*Attorney for Defendants*

/s/ Brian Hurley
Brian Hurley (0007827)
Crabbe, Brown & James, LLP
30 Garfield Place, Suite 740
Cincinnati, Ohio 45202
bhurley@cbjlawyers.com
*Attorney for Defendants*

/s/ Bill J. Paliobeis
Bill J. Paliobeis (0066666)
Frost Brown Todd, LLC
3300 Great American Tower
301 East Fourth Street
Cincinnati, Ohio 45202
bpaliobeis@fbtlaw.com
*Attorney for Defendants*

2